# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1707
_____

United States of America

*Plaintiff - Appellee*

v.

Thomas Charles Mart

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: August 3, 2022
Filed: August 8, 2022
[Unpublished]
_____

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Thomas Charles Mart appeals the sentence the district court[1] imposed after he pled guilty to drug and firearm offenses. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

Counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that Mart's sentence is unreasonable. The district court did not abuse its discretion in sentencing Mart. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that it overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc). Further, the court imposed the statutory minimum sentence. *See United States v. Woods*, 717 F.3d 654, 659 (8th Cir. 2013).

This court has independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and finds no non-frivolous issues for appeal.

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____